AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

## JUDGMENT IN A CIVIL CASE

ROBERT S. BORTNER, INC.

**v.**   CASE NUMBER: 1:05-CV-1625

SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION LOCAL UNION NO. 19

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

Defendant's request that the court order Plaintiff to comply with the arbitration award of the National Joint Adjustment Board dated June 28, 2005 and the decision of the Local Joint Adjustment Board dated September 9, 2005 is hereby **CONFIRMED** in all other respects and the Plaintiff Robert S. Bortner, Inc. is ordered to specifically perform its collective bargaining agreement with Defendant Sheet Metal Workers' International Association, Local Union No. 19 as ordered by the National Joint Adjustment Board and the Local Joint Adjustment Board. Plaintiff shall pay to Defendant the aggregate sum of the amounts due for payments to the employee benefit plans, liquidated damages for delinquency in making those payments, and for subcontracting of sheet metal work in breach of its agreement with Defendant as of the date of this Order.

**Date:** April 13, 2006            **Mary E. D'Andrea, Clerk of Court**

                                    By) Peter J. Welsh, Deputy Clerk